[No. 41409-1-II. Division Two. May 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ORLEN WILLIAM PAGEL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-00348-1, Gary R. Tabor, J., entered October 28, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 41418-0-II. Division Two. May 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. XAVIER ARROYO CERVANTES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00652-5, James W. Lawler, J., entered September 20, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 41552-6-II. Division Two. May 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WENDY S. PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00029-4, Gordon Godfrey, J., entered December 6, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Johanson, JJ.

[No. 41581-0-II. Division Two. May 10, 2012.]

DENNIS HADALLER, *Appellant*, v. THE WESTERN WASHINGTON GROWTH MANAGEMENT HEARINGS BOARD, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-00419-7, Wm. Thomas McPhee, J., entered November 30, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, A.C.J., and Van Deren, J.